# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. WINFIELD., <br><br>    Plaintiff, <br><br>    v. <br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, <br><br>    Defendant. | Case No. 1:25-cv-01662-JLT-EPG (PC) <br><br> ORDER STRIKING UNSIGNED COMPLAINT AND REQUIRING PLAINTIFF TO FILE A SIGNED COMPLAINT <br><br> (ECF No. 1) <br><br> **THIRTY (30) DAY DEADLINE** |

    Plaintiff Michael Winfield ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983. Plaintiff initiated this action on November 26, 2025. (ECF No. 1.) Plaintiff's complaint is not signed. (*Id.*)

    Both the Federal Rules of Civil Procedure and this Court's Local Rules require that all filed pleadings, motions and papers be signed by at least one attorney of record or by the party personally if the party is unrepresented. Fed. R. Civ. P. 11(a); Local Rule 131(b). As Plaintiff's complaint is unsigned, the Court must strike it from the record. Plaintiff will be permitted an opportunity to file a signed complaint that complies with the Federal Rules of Civil Procedure and the Local Rules.

    Based on the foregoing, it is HEREBY ORDERED that:

    1. Plaintiff's complaint, filed November 26, 2025, (ECF No. 1), is STRICKEN from the

record for lack of signature;

2. The Clerk of the Court is directed to send to Plaintiff a civil rights complaint form;

3. Within **thirty (30) days** from the date of service of this order, Plaintiff SHALL file a **<u>signed</u>** complaint, or a notice of voluntary dismissal; and

4. **<u>Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, with prejudice, for failure to obey a court order and for failure to state a claim</u>.**

IT IS SO ORDERED.

Dated:   **December 29, 2025**          /s/ Erica P. Grosjean
                              UNITED STATES MAGISTRATE JUDGE

2