UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. WINFIELD,<br><br>        Plaintiff,<br><br>    v.<br><br>DR. SAM SLUBTL, et al.,<br><br>        Defendants. | Case No. 1:25-cv-01662-JLT-EPG (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS THAT THIS ACTION BE DISMISSED ISSUED ON MAY 15, 2026<br><br>(ECF No. 14) |

Plaintiff Michael J. Winfield is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed his signed complaint commencing this action on January 28, 2026. (ECF No. 10). Plaintiff alleges that medical professional Defendants were deliberately indifferent to his medical needs when they allowed an unnecessary and defective pacemaker to be placed in his heart. (*Id.* at 3).

On March 30, 2026, the Court screened the complaint and concluded that Plaintiff failed to state any cognizable claims. (ECF No. 12). The Court gave Plaintiff thirty days to file a first amended complaint or to notify the Court that he wanted to stand on his complaint. (*Id.* at 8). The Court warned Plaintiff that "[f]ailure to comply with this order may result in the dismissal of this action." (*Id.* at 9).

The Court did not receive timely Plaintiff's amended complaint or any communication from Plaintiff. Accordingly, the Court issued findings and recommendations to the district judge that Plaintiff's case be dismissed, with prejudice, for failure to state a claim, failure to

prosecute, and failure to comply with a court order. (ECF No. 14).

On May 28, 2026, Plaintiff filed Objections to Magistrate Judge's Findings and Recommendations.  (ECF No. 16).  Plaintiff states that he mailed his amended complaint on April 27, 2026 to the Court and to defense counsel. (*Id.* at 1). The copy to defense counsel was not returned but his amended complaint submitted to the Court was returned on May 1, 2026, because he did not include "confidential" on the envelope in violation of prison rules. (*Id.* at 1-2). Plaintiff reposted the amended complaint on May 4, 2026, but it was again returned with the inmate trust account slip noted as illegible. While Plaintiff believes "correctional officers" are tampering with his mail, he successfully filed his First Amended Complaint on May 28, 2026. (ECF No. 15).

Given Plaintiff's assertions of his attempts to mail his amended complaint, the Court will vacate the findings and recommendations issued on May 15, 2026. The Court will screen Plaintiff's First Amended Complaint in due course.

Accordingly, IT IS ORDERED that the findings and recommendations issued on May 15, 2026 (ECF No. 14), are VACATED.  The Court will proceed to screen Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

Dated:   __**May 29, 2026**__          ___/s/ Erica P. Grosjean___
                                        UNITED STATES MAGISTRATE JUDGE